No. 9771. In the matter of the ADOPTION OF JAMES P. FLICK AND PETER L. FLICK, Minors. PORTER E. PEREGOY, PETITIONER, RESPONDENT herein v. JAMES F. FLICK, RESPONDENT, APPELLANT, herein.

319 Pac. (2d) 519.

Decided Jan. 2, 1958.

*Robert J. Boyd,* Anaconda, for appellant.
*Raymond F. Gray,* Missoula, for respondent.

MR. CHIEF JUSTICE HARRISON:

Upon application of the respective counsel for the parties herein and stipulation having been filed,

It is ordered that the above-entitled appeal be dismissed, and in accordance with said stipulation, each party is to bear their own costs incurred in this cause.